# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Charles Lamar Bullard,

    Petitioner,                                   JUDGMENT IN A CIVIL CASE

vs.                                                           3:09-cv-362-RJC

United States of America,

    Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 30, 2012 Order.

                                              Signed: May 31, 2012

Frank G. Johns, Clerk
United States District Court